

E. EVANS WOHLFORTH, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (973) 639-6486
ewohlforth@gibbonslaw.com

January 28, 2011

**VIA ECF & FEDEX**

Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

Re: North Jersey Brain & Spine Center v. Connecticut General Life Insurance Company
Civil Action No. 10-4260 (SDW) (MCA)

Dear Judge Wigenton:

This law firm represents Defendant Connecticut General Life Insurance Company ("CGLIC") in the above-referenced matter. As the Court is aware, CGLIC filed a motion to dismiss Plaintiffs' Amended Complaint on December 30, 2010 (Doc. 14). Plaintiff filed its opposition to that application on January 24, 2010. (Doc. 15). CGLIC must file its reply on or before January 31, 2011. CGLIC respectfully requests a one week extension of that deadline. Counsel for Plaintiff has graciously consented to that request.

We submit for Your Honor's consideration a fully executed, proposed form of Stipulation and Consent Order extending the time in which CGLIC may file a reply in further support of its motion to dismiss Plaintiff's Amended Complaint until February 7, 2011.

If the foregoing meets with Your Honor's approval, we respectfully request that Your Honor grant this application and sign and enter the enclosed form of Consent Order submitted herewith.

Thank you for Your Honor's consideration. Please do not hesitate to have the Court's staff contact me with any questions or if I may be of any service whatsoever.

Respectfully submitted,

E. Evans Wohlforth, Jr.

Enclosure

cc: Hon. Madeline C. Arleo, U.S.M.J. (via regular mail, w/ enclosure)
Eric D. Katz, Esq. (via electronic mail, w/ enclosure)
E. Evans Wohlforth, Jr., Esq. (via electronic mail w/ enclosure)